IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Robert Lawrence Bostic, | ) | C/A No. 0:15-3142-DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Warden Willie L. Eagleton, *Evans Corr. Inst.*; James Bethea, *Evans Corr. Inst.*; A/W Annie M. Sellers, *Evans Corr. Inst.*; Argie Graves, *Evans Corr. Inst.*; S. Phillip Lenski, *Admin. Law Judge*; Many More Names of SCDC Employees E.C.I., | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

Plaintiff, a state prisoner proceeding *pro se,* filed a Complaint pursuant to 42 U.S.C. § 1983. On August 31, 2015, the court issued an order allowing Plaintiff an opportunity to submit the service documents necessary to bring the case into proper form for evaluation and possible service of process. ECF No. 7. The United States Postal Service returned the order to the court as undeliverable mail on September 17, 2015. ECF No. 9. Plaintiff has not provided the court with a new address, and the court's docket indicates no attempt by Plaintiff to contact the court since filing the Complaint. Therefore, Plaintiff's case is **dismissed *without prejudice*** pursuant to Rule 41 of the Federal Rules of Civil Procedure due to his failure to prosecute this action. *See Link v. Wabash R.R. Co.*, 370 U.S. 626 (1962).

**IT IS SO ORDERED**.

September 30, 2015
Charleston, South Carolina

David C. Norton
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order within the time period set forth under Rules 3 and 4 of the Federal Rules of Appellate Procedure.