AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert Lawrence Bostic,<br>*Plaintiff,*<br>v.<br>Warden Willie L. Eagleton, *Evans Corr. Inst.*;<br>James Bethea, *Evans Corr. Inst.*; A/W Annie M.<br>Sellers, *Evans Corr. Inst.*; Argie Graves, *Evans Corr. Inst.*; S. Phillip Lenski, *Admin. Law Judge*;<br>Many More Names of SCDC Employees E.C.I.,<br>*Defendants,* | Civil Action No.    0:15-cv-03142-DCN-PJG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus post-judgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Robert Lawrence Bostic, shall take nothing of the defendants, Warden Willie L. Eagleton, James Bethea, A/W Annie M. Sellers, Argie Graves, S. Phillip Lenski, Many More Names of SCDC Employees E.C.I., and this action is dismissed without prejudice pursuant to FRCP 41.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable David C. Norton, United States District Judge, presiding. The Court dismissed the complaint without prejudice for failure to prosecute.

Date:   September 30, 2015                    *ROBIN L. BLUME, CLERK OF COURT*

                                              s/G. Mills
                                              _____
                                              *Signature of Clerk or Deputy Clerk*